UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANIKA LEWIS,

    Plaintiff,

v.   CASE NO: 13-CV-14240-DT

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

## JUDGMENT

In accordance with the Order Adopting the Magistrate Judge's Report and Recommendation granting defendant's motion for summary judgment and denying plaintiff's motion for summary judgment entered this date,

IT IS ORDERED AND ADJUDGED that judgment be, and hereby is **GRANTED** in favor of Defendant and against Plaintiff.

ENTERED BY ORDER OF THE COURT

Dated: December 5, 2014

S/Lisa Wagner
LISA G. WAGNER, CASE MANAGER AND
DEPUTY CLERK TO THE HONORABLE
ROBERT H. CLELEND